FRANCES M. WATTS, as Administratrix of the Estate of STANLEY WATTS, Deceased, Appellant, *v.* MITCHELL BROS. REALTY CORPORATION, Respondent.

Argued April 23, 1952; decided May 29, 1952.

*Henry Hirschberg* and *John T. Mazzeo* for appellant.

*Daniel Becker, John J. O'Connor* and *Paul F. Murphy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.